RECEIVED USDC
CLERK, CHARLESTON, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

2019 JUL 23  AM 8:43

Fred Freeman

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Director Sterling (SCDC),
Deputy director McCall,
Warden Davis, Assoicate

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* **PLEASE SEE ATTACH**

Complaint for Violation of Civil Rights
(Prisoner Complaint)

Case No.: **9:19-cv-2062-DCN-BM**
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

PAGE ONE CONTINUES

Warden Andrea Thompson,
Operation Coordinator, John Doe or Jane Doe,
Emettu Lilian, P.R.N.
Nurse - Jane Doe,
medical director, John Doe or Jane Doe,
South Carolina Department of Corrections

F.F.

I. The Parties to This Complaint

   A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

     Name: Fred Freeman

     All other names by which you have been known:

     ID Number: 235180
     Current Institution: Lieber Corr Inst
     Address: P.O. Box 205
     Ridgeville, S.C. 29472

   B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

    Defendant No. 1
     Name: Sterling et al
     Job or Title (if known): Director
     Shield Number:
     Employer: South Carolina Dept of Corr
     Address: P.O. Box 21787 - 4444 Broad River Rd, Columbia, S.C. 29221
     [✓] Individual capacity  [✓] Official capacity

    Defendant No. 2
     Name: Michael McCall

2

Fif.

PLEASE SEE ATTACH

Job or Title (if known): Deputy director (SCDC)

Shield Number:

Employer: South carolina Department of

Address: corrections, 4344 Broad River Rd, Columbia, S.C. 29210

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

Name: Warden Davis

Job or Title (if known): Warden

Shield Number:

Employer: South carolina Department of

Address: corrections, 4344 Broad River Rd Columbia, S.C. 29210

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name: Andrea Thompson

Job or Title (if known): Assoicate Warden

Shield Number:

Employer: South carolina Department of

Address: corrections, 4344 Broad River Rd Columbia, S.C. 29210

☑ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

Fif.

PAGE THREE CONTINUES

Defendant No. 5
Name: Jane Doe, or John Doe
Job Title: Operation Coordinator
(if Known):
Shield Number:
Employer: South Carolina Department of Corrections, 4344 Broad River Rd
Address: Columbia, S.C. 29210
☑ Individual Capacity ☑ Official Capacity

Defendant No. 6
Name: Emetty Lilian
Job Title: Practitioner, N.W.
(if Known):
Shield Number:
Employer: South Carolina Department of
Address: Corrections 4344 Broad River Rd.
Columbia, S.C. 29210
☑ Individual Capacity ☑ Official Capacity

Defendant No. 7
Name: Jane Doe
Job Title: Nurse
(if Known):
Shield Number:
Employer: South Carolina Department of
Address: Corrections, 4344 Broad River Rd.
Columbia, S.C. 29210
☑ Individual Capacity ☑ Official Capacity



PAGE THREE CONTINUES

Defendant No. 8

    Name        John Doe, or Jane Doe
    Job Title   Medical director
    (if known)
    Shield Number
    Employer    South Carolina Department of Corr
    Address     ection 4344 Broad River Rd,
                Columbia, S.C. 29210
    ☒ Individual Capacity    ☒ Official Capacity

Defendant No. 9

    Name        South Carolina Dept of Corr
    Job Title
    (if known)
    Shield Number   Government
    Employer    SCDC
    Address     4344 Broad River Rd,
    xx 29221    4444 Broad River Rd 29210 xx 29221
    ☒ Individual Capacity    ✓ ☐ Official Capacity

(F.F. 1-1)

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)
☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth, Fourteenth Amendments of of United States Constitution, Negligences, civil Rights violation's

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____
_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. PLEASE SEE Attach Medical and Prison officials violated their own Policies, violated Federal Regulations, Disability Act, causing injuries,

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee

4

A. Are you bring suit against (check all that apply)?
   ☐ Federal officials (a Bivens' claim)
   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the constitution and [Federal laws]." 42 U.S.C. § 1983. If You are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
   <u>EIGHTH, FOURTEENTH UNITED STATES</u>
   <u>CONSTITUTIONAL AMENDMENTS</u>

C. Plaintiff suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statue, ordinance, regulation, custom, or usages of any State or Territory or District of Columbia." 42 U.S.C. § 1983. If you are suing under 1983, explain how each defendant acted under color of state or local law. If You are suing under Bivens, explain how each defendant acted under color of federal law. <u>Attach additional pages if needed.</u>
   DEFENDANTS VIOLATED - AMERICAN DISABILITY
   ACT REGULATIONS, FEDERAL ADA-REGULATIONS,
   POLICES, APPENDIXS II - III, AND THEIR OWN →

III. Prisoner Status, → POLICIES"
   Indicate whether you are a prisoner or other confined person as follows (check all that apply):
   ☐ Pretrial detainee
   ☐ Civilly committed detainee
   ☐ Immigration detainee

4



PAGE FOUR CONTINUES
JURISDICTION OF COURT

Policies - 21.04, and South Carolina Department of Corrections Division of Health Service, (SCDC) M-11 ¢.

Prison and medical officials knew they were operating in violations to Federal ADA, Appendix's II, III, 4.10 Regulations, causing injuries to Plaintiff Postable Femur-Hip-Left, Traumas to Plaintiff Disable Lumbar-right.



- [✓] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PLEASE SEE Attach

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Kickland Correctional Institution - R-Evalution Center September 01, 2017 Daily - October 23, 2017

C. What date and approximate time did the events giving rise to your claim(s) occur?

From September 01, 2017 continues

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Plaintiff is Under American Disability Act, was Placed upon OLD COUNTYARD. C-1 Unit - UP - Stairs, was Forced

5

F.F.

PAGE FIVE CONTINUES
JURISDICTION OF COURT

to climb stairs in unit, outside units UNEVEN - SURFACES UPON OLD COURTYARD, causing injuries to Surgical Portable Femur - Hip - Left; Lumber - Right, Injuries Pain and Suffering

2. Evidence will prove named defendant(s) violated Federal Regulations 4.10, Appendix's II, III Also of American Disability Act, causing injuries to Plaintiff.

3. Evidence will prove defendant(s) violated their own Policies - OP. 21.04; South Carolina Division, South Carolina Division of Health Service MILG. MILG, as above causing injuries.

Defendants proceeded by such forms of deliberate indifferences with culpable state of minds, of operating under unconstitutional conditions; unconstitutional policies, causing serious injuries, Femur - Hip - Left; Lumbar - Right, violations to 8, 14 Const. Amends, Civil Rights.



to climb stairs in unit, outside unit's UNEVEN-SURFACES UPON OLD COURTYARD, causing injuries to Surgical Portable Femur-Hip-Left, Lumbar-right.

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Daily distances walking, climbing, wear Tear to Portable Femur-Hip-left; Lumbar right; Serious Pain-Traumas. September 19-2017 Physical Examination by Emetu Lilian, same day was suppose to receive walker, October 16, 2017 was day received. No further medical treatment provided, for serious medical conditions.

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For damages, for operating upon UN-CONSTITUTIONAL POLICIES, UNCONSTITU-TIONAL CONDITIONS, Plaintiff demands ONE HUNDRED AND FIFTY MILLION DOLLARS, to enclude INJUNCTION Relief, as Preventive.

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.



A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Kirkland Correctional R-Evaluation Center, September 01/2017, October 23/2017,

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Civil Rights Violations, Deliberate Indifferences, Negligence

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7



If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.  If you did file a grievance:

1. Where did you file the grievance?

   Lieber Correctional Institution

2. What did you claim in your grievance?

   Prison official's violated their own Policies, Federal violations were discovered after step one was Presented.

3. What was the result, if any?

   Lieber grievance corrdinator, alleged, I violated Time Limit to File, to Present grievance, Policy grievance applicable any time

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   grievance corrdinator of Liber would not provide step two grievance.

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Policy grievance is applicable any time; grievance cordinator refused to provide step two grievance.

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

FF, Court copy also
Enclosed different, written better
outlines

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____N/A_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _Fred Freeman_
   Defendant(s) _Chief Harvey Becker et al_
   FF, Southern Health Sheriff Lewis et al
   Parker et al
2. Court *(if federal court, name the district; if state court, name the county and State)*

   _Charleston, South Carolina_

3. Docket or index number

   _CA No. 9-18-2181-DCN-Bm_

4. Name of Judge assigned to your case

   _Bristow Marchant_

5. Approximate date of filing lawsuit

   _August 08/2018_

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition.  _N/A_

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed without Prejudice to give Plaintiff right to refill.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)   N/A
    Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3. Docket or index number   N/A

4. Name of Judge assigned to your case   N/A

5. Approximate date of filing lawsuit   N/A

6. Is the case still pending?

    ☐ Yes         N/A
    ☐ No

11



If no, give the approximate date of disposition. **April 22/2019**

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

**Dismissed given opportunity to refile.**

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **07/07**, 20**19**

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: **Fred Freeman**
Prison Identification #: **Lieber Corr Inst**
Prison Address: **P.O. Box 205**
**Ridgeville, S.C. 29472**
City      State      Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____

12