July 19/2019

RECEIVED USDC
CLERK, CHARLESTON, SC
2019 JUL 23 AM 8:48

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Fred Freeman, | MOTION |
| Plaintiff, | COMPLAINT |
| vs. | DECLARATION AND |
| Director Sterling, et al | PROOF OF |
| Defendant(s) | SERVICE |

Case Known C/A NO. 9-18-2118-DCN-BM was dismissed March 25, 2019 based upon Magistrate Judge Bristow Marchant Report and Recommendation, to give allow Plaintiff to file a proper Complaint (or Complaints), in Compliance with the rules of court. On April 22, 2019 Honorable David C. Norton excepted Report And Recommendation.

    Plaintiff respectfully request of Court to Proceed in 42 U.S.C. 1983.

    That by matter of enclosures are Complaint.

    The Court will discover there continues to be substantial delays for treatment for injuries occured at Kirkland Correctional R+E Valuation Center. Intake.

Respectfully
July 19/2019  Fred Freeman

July 19/2019

FF.

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

Fred Freeman,
    Plaintiff,

vs.

Director Sterling et al
    Defendant(s)

) MOTION
) COMPLAINT
) DECLARATION
) AND
) PROOF OF
) SERVICE

Case known C/A No. 9-18-DCN-BM was dismissed March 25, 2019 based upon magistrate Judge Bristow Marchant Report and Recommendation, to allow Plaintiff to file a proper complaint (or complaints), in compliance with rules of court.

On April 22, 2019 Honorable David C. Norton excepted Report and Recommendation.

Plaintiff respectfully request of court to proceed in 42 U.S.C. 1983.

That by matter of enclosures are complaint.

The court will discover there continues to be substantial delay for treatment for injuries occured at Kirkland Correctional R+E Evaluation Center - Intake.

July 19/2019

Respectfully
Fred Freeman